FILED
June 15, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:   SAJ
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>CHRISTOPHER ROBERT FRIEDRICH<br><br>Defendant | Case No: SA:22-CR-00303-FB<br><br>**INDICTMENT**<br><br>COUNT 1: 26 U.S.C. § 5861(d)<br>Possession of a Destructive Device |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[26 U.S.C. § 5861(d)]

That on or about May 11, 2022, in the Western District of Texas, Defendant,

**CHRISTOPHER ROBERT FRIEDRICH,**

knowingly possessed a destructive device, that is, a pipe bomb, that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>
[*See* Fed. R. Crim. P. 32.2]

**I.**
<u>Unregistered Possession Violations and Forfeiture Statutes</u>
[Title 26 U.S.C. § 5861(d), subject for forfeiture pursuant to Title 26 U.S.C. § 5872(a), made applicable to criminal forfeiture by Title 281 U.S.C. § 2461(c)]

As a result of the criminal violations set forth in Count One, the United States of America gives notice to **CHRISTOPHER ROBERT FRIEDRICH** of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as part of sentencing, pursuant to FED. R. CRIM. P. 32.2 and Title 26 U.S.C. § 5872, made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

**Title 26 U.S.C. § 5872.  Forfeitures**
    **(a) Laws applicable.**—Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture . . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. Any and all firearms, ammunition, destructive devices, any explosive parts/pieces and/or accessories involved in or used in the commission of the criminal offense.

                                                FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR BRIAN NOWINSKI
Assistant United States Attorney